**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1347**

AARON LEE HAIRSTON,

Plaintiff - Appellant,

v.

SALLY JACKSON, Family Court Judge; THE FAMILY COURT OF BERKELEY COUNTY, MARTINSBURG; WEST VIRGINIA BUREAU FOR CHILD SUPPORT ENFORCEMENT; JENNIFER C. SHOMO; EDYTHE NASH GAISER, State Supreme Court Clerk; THE STATE SUPREME COURT FOR ITS ACQUIESCE TO THE CLERKS UNCONSTITUTIONAL CONDUCT,

Defendants - Appellees.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg. Gina M. Groh, Chief District Judge. (3:20-cv-00174-GMG)

Submitted: August 26, 2021                                Decided: September 9, 2021

Before WILKINSON, KING, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Aaron Lee Hairston, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Aaron Lee Hairston appeals the district court's order accepting in part the recommendation of the magistrate judge and dismissing Hairston's complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hairston v. Jackson*, No. 3:20-cv-00174-GMG (N.D.W. Va. Mar. 22, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*